**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRIAN TRIMBLE, : No. 84 MM 2014
:
          Petitioner :
:
:
:
          v. :
:
:
:
COMMON PLEAS COURT OF :
CUMBERLAND COUNTY, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Cumberland County is directed to dispose of Petitioner's pending filing within 90 days of this order.